IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watts, Doreen | Case Number:  07 B 15583 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  November 17, 2008
Confirmed:  November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,593.45 | |
| Secured: | | 605.39 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 902.00 |
| Trustee Fee: | | 86.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,593.45 | 1,593.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,071.20 | 902.00 |
| 2. | U S Auto Title Lenders | Secured | 899.46 | 605.39 |
| 3. | Internal Revenue Service | Priority | 17,372.25 | 0.00 |
| 4. | U S Auto Title Lenders | Unsecured | 90.68 | 0.00 |
| 5. | Oak Park Dental | Unsecured | 18.27 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 1,837.10 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 62.12 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 46.21 | 0.00 |
| 9. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | Silverleaf Management LLC | Unsecured | | No Claim Filed |
| 13. | Nationwide Cash | Unsecured | | No Claim Filed |
| 14. | Eastside Lenders | Unsecured | | No Claim Filed |
| 15. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 16. | Power Funding Inc | Unsecured | | No Claim Filed |
| 17. | Lou Harris | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Pay Day Loans | Unsecured | | No Claim Filed |
| 20. | First Bank Of Delware | Unsecured | | No Claim Filed |
| 21. | Direct Tv | Unsecured | | No Claim Filed |
| 22. | Sun Cash | Unsecured | | No Claim Filed |
| 23. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| | | | $ 23,397.29 | $ 1,507.39 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Watts, Doreen

Printed: 01/06/09

Case Number:  07 B 15583

Judge:  Hollis, Pamela S

Filed:  8/28/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 86.06 |
| | $ 86.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

